UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:09-M-1533-1

| United States Of America | ) | |
|---|---|---|
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Mark J.W. Bacon** | ) | |

On November 18, 2009, Mark J.W. Bacon appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 21 U.S.C. § 844(a), Simple Possession of Marijuana, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on March 9, 2011, the court finds as a fact that Mark J.W. Bacon, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to participate as directed in a urinalysis program.
2. Failure to report to the probation officer as directed by the court or probation officer.
3. Failure to work regularly at a lawful occupation.
4. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 6 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 9th day of March, 2011.

_____
James E. Gates
U.S. Magistrate Judge